*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, STEWART, and GEIS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Isaiah M. THATCHER**
Interior Communications Electrician
Seaman Apprentice (E-2), U.S. Navy
*Appellant*

**No. 202000045**

Decided: 27 January 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Ryan Stormer (arraignment)
Benjamin Robertson (trial)

Sentence adjudged on 19 November 2019 by a special court-martial convened at Naval Station Great Lakes, Illinois, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for twelve months, and a bad-conduct discharge.

For Appellant:
*Captain Brian L. Farrell, USMC*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court